In the Matter of the Application of Hoik B. Campbell, for the Payment of an Award for the Taking of Damage Parcel No. 49 in the Proceeding for the Acquiring Title by The City of New York to Certain Lands and Premises Located on the Northerly Side of Twelfth Avenue, between Eightieth Street and Eighty-first Street, in the Borough of Brooklyn, City of New York, Duly Selected as a School Site According to Law.— Motion to direct payment of award granted. Order signed.  Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

In the Matter of Acquiring Title by The City of New York to Certain Lands, etc., Middle Village, Borough of Queens, etc.  In the Matter of the Application of Charles J. Neufeld, as Guardian for the Infants, Walter J. Neufeld and Others, and as Administrator, etc., of Irene Neufeld, an Infant, Deceased, for the Withdrawal of Moneys of the Said Infants from the Chamberlain's Office, etc.— Motion to resettle order granted.  The proposed order is not in proper form.  Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ. Settle order on notice.

In the Matter of the Application of Congregation First Galician Dukler Mogen Abraham, on Its Behalf and on Behalf of All Others Similarly Situated, Respondent, for an Order of Mandamus against Chevrah B'nai Sholom, Also Known as Mt. Zion Cemetery, Morris Jacoby, as Alleged Secretary, Joseph Ullman, as Alleged Treasurer, Appellants. " John Doe," President, and William Wellenberg, as Superintendent, and Any Other Persons, Composing the Alleged Board of Trustees of Said Chevrah B'nai Sholom, Respondents.— Motion to dismiss appeal denied upon the terms stated in the stipulation between the parties. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

Sallie V. Kilroy, Respondent, v. United States Fire Insurance Company, Appellant.  (Appeal No. 1.) — Motion to dismiss appeal from judgment denied upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.  Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

Sallie V. Kilroy, Respondent, v. United States Fire Insurance Company, Appellant.  (Appeal No. 2.) — Motion to dismiss appeal from order denied upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs; appeal to be heard on the main record together with such other papers as were used on the motion.  Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.